KOSCHERAK et al. v. UNITED STATES.

(Circuit Court, S. D. New York. January 18, 1899.)

No. 2,634.

CUSTOMS DUTIES—CLASSIFICATION—BOTTLES FOR MINERAL WATERS.
  Siphon bottles for mineral waters, having private names, trade-marks, and directions etched ornamentally upon them, not for the purpose of identifying the wares of the importers, but for sale to persons who may want them so decorated for their own use, were dutiable, under paragraph 90 of the act of 1894 (28 Stat. 513), as ornamented or decorated glassware.

This was an application by Koscherak Bros. for a review of the decision of the board of general appraisers in respect to the classification for duty of certain siphon bottles for mineral waters, imported by them.

Albert Comstock, for appellants.

Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. These siphon bottles for mineral waters appear to be decorated by having private names, trade-marks, and directions etched ornamentally upon them. They are claimed to be without ornamented or decorated glassware as provided for in paragraph 90 of the act of 1894 (28 Stat. 513) on account of the private nature of the ornamentation. They are not, however, the names, trade-marks, or directions of the importers for identifying their wares, but appear to be imported for sale to others who may want the bottles so decorated for their use. The decorations may limit the purchasers to but few, but this limitation does not change the character of the importations which come within that paragraph. Decision affirmed.